WILLIAM P. LANGEVIN, Appellant, v. NEW YORK SANITARY UTILIZATION COMPANY and Others, Respondents.— Motion to resettle order so as to give respondents twenty days from entry of order to answer complaint granted. Order signed. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

LONG BEACH ATLANTIC BATHS, INC., Appellant, v. ANSKO REALTY CO., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and Another, Respondents. — Motion to resettle order of December 9, 1927, granted to the extent of providing that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PETER MARTORI, Appellant, v. ANNA A. BOOTH, Respondent.— Motion for substitution of party respondent and for resettlement of order granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THERESA NORDMARK, as Administratrix, etc., of CARL E. NORDMARK, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to be relieved from stipulation dispensing with the printing of certain exhibits granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PARKWAY DRIVING CLUB OF BROOKLYN, Respondent, v. HENRY FETTEL, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PALLADINO, Appellant.— Motion for order extending appellant's time for argument of appeal in this court until the first Monday of March, 1928, granted, pursuant to stipulation by the district attorney. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, v. JOHN R. YALE and Others, etc., Respondents.— Motion to resettle order granted. Lazansky, P. J., Rich, Seeger and Carswell, JJ., concur; Young, J., taking no part. Settle order on notice, eliminating the provision reopening the question of costs.

ALFRED A. SCHADE, Respondent, v. IRON CLAD REAL ESTATE CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant pay respondent ten dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.